AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| EOPUS INNOVATIONS LLC )<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>)<br>DREAMWORKS ANIMATION SKG, INC. )<br>)<br>)<br>_____ )<br>*Defendant(s)* ) | Civil Action No.  **CV13-09552 FMO (MANx)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DREAMWORKS ANIMATION SKG, INC.
1000 Flower Street, Glendale, California 91201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc J. Schneider, SBN 214609, mschneider@sycr.com
Douglas Q. Hahn, SBN 257559, dhahn@sycr.com
Stephen L. Ram, SBN 240769, sram@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422
Telephone: (949) 725-4000; Facsimile: (949) 725-4100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

MARIA BARR

Date:  DEC 30 2013

Signature of Clerk or Deputy Clerk