UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA CV13-09552 JAK (MANx)<br>LA CV13-09554 JAK (MANx)<br>LA CV13-09555 JAK (MANx)<br>LA CV13-09556 JAK (MANx) | Date | May 12, 2014 |
|---|---|---|---|
| Title | Eopus Innovations, LLC v. Dreamworks Animation SKG, Inc.<br>Eopus Innovations, LLC v. Avongard Products USA, Ltd.<br>Eopus Innovations, LLC v. Method Studios, LLC, et al.<br>Eopus Innovations, LLC v. Sony Pictures Imageworks, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Stephen L. Ram<br>Anthony Vecchione<br>Timothy E. Grochocinski | Matthew P. Lewis<br>Eric E. Lancaster<br>Jeannine Sano<br>Nima Darounian<br>Amir A. Torkamani<br>John Flock (via teleconference)<br>Mark A. Baghdassarian (via teleconference) |

**Proceedings:**      **SCHEDULING CONFERENCE**

The scheduling conference is held in the four related matters. The Court confers with counsel regarding the status of the cases and the parties' amended joint report filed in each of them. The Court orders the cases consolidated for pre-trial purposes with a later determination to be made whether one or more of the matters, or one or more common issues will be tried together.

The following deadlines are set in each of the related matters:

| | |
|---|---|
| TBD: | Last day to participate in a settlement conference/mediation |
| TBD: | Post Mediation Status Conference |
| May 23, 2014: | Infringement Contentions |
| June 6, 2014: | Early Meeting of the Parties, Initial Disclosures |
| June 30, 2014: | Last Day to Amend or Add Parties |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA CV13-09552 JAK (MANx)<br>LA CV13-09554 JAK (MANx)<br>LA CV13-09555 JAK (MANx)<br>LA CV13-09556 JAK (MANx) | Date | May 12, 2014 |
|---|---|---|---|
| Title | Eopus Innovations, LLC v. Dreamworks Animation SKG, Inc.<br>Eopus Innovations, LLC v. Avongard Products USA, Ltd.<br>Eopus Innovations, LLC v. Method Studios, LLC, et al.<br>Eopus Innovations, LLC v. Sony Pictures Imageworks, Inc. | | |

| | |
|---|---|
| July 25, 2014: | Invalidity Contentions |
| August 1, 2014: | Joint Report Due Re: (i) General Progress Based on Schedule; (ii) Settlement; and (iii) Trial Readiness |
| August 8, 2014: | Exchange of Claim Terms |
| August 22, 2014: | Exchange Proposed Constructions and Evidence |
| September 19, 2014: | Complete Claim Construction Discovery |
| September 26, 2014: | Joint Markman Hearing Prehearing Statement |
| October 3, 2014: | Simultaneous Opening Markman Briefs |
| October 24, 2014: | Simultaneous Responding Markman Briefs, Tutorials, and Presentation/Powerpoint Materials |
| November 17, 2014 at 10:00 am: | Markman Hearing |
| December 8, 2014: | Decision Issued *(anticipated)* |
| December 19, 2014: | Discovery Cut-Off as to Non-Expert Witnesses |
| January 9, 2015: | Patentee Files Final Infringement Contentions, Expert Reports on Issues Where Patentee has Burden of Proof, All Parties File Advice of Counsel Disclosures |
| February 6, 2015: | Accused Infringer Files Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof |
| March 6, 2015: | Patentee's Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof |
| April 3, 2015: | Expert Discovery Cut-Off |
| April 27, 2015: | Last Date to File All Motions *(including discovery motions)* |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV13-09552 JAK (MANx)<br>LA CV13-09554 JAK (MANx)<br>LA CV13-09555 JAK (MANx)<br>LA CV13-09556 JAK (MANx) | Date | May 12, 2014 |
|---|---|---|---|
| Title | Eopus Innovations, LLC v. Dreamworks Animation SKG, Inc.<br>Eopus Innovations, LLC v. Avongard Products USA, Ltd.<br>Eopus Innovations, LLC v. Method Studios, LLC, et al.<br>Eopus Innovations, LLC v. Sony Pictures Imageworks, Inc. | | |

| | |
|---|---|
| May 25, 2015 at 8:30 a.m. | Last Date to Hear Motions *(including discovery motions)*<br>**Date is reserved** |
| June 8, 2015: | Last Date to File Pretrial Documents |
| June 22, 2015 at 3:00 p.m.: | Final Pretrial Conference, Motions in Limine, and Status Conference re Exhibits |
| July 7, 2015 at 9:00 a.m.: | Jury Trial (est. tbd days) |

The Court is inclined to refer the parties to private mediation but directs counsel to confer further and file a joint status report by August 1, 2014, which shall include: (i) the parties' general progress based on the schedule set forth above and any issues; (ii) whether the parties have agreed upon a private mediator and, if so, the name and anticipated date of the completion of a mediation as well as whether the parties plan a consolidated mediation, a partially consolidated mediation, or one or more separate mediations; and (iii) the parties' respective or collective views on the most efficient manner in which to conduct the trial: (a) if the Court were to consolidate the trial as to all matters or certain issues; and (b) if the Court were to set a separate trial date as to each or some of the action(s). The Court will set the dates with respect to settlement upon review of the parties' joint report.

The Court confers with counsel regarding the discovery limitations set forth in the parties' joint report and will permit ninety (90) hours of fact deposition testimony per side. This includes both party and non-party discovery. This order is without prejudice to an application being filed seeking additional time for depositions.

The Court directs counsel to comply with the Federal Circuit's Model Order with respect to the number of claims and prior art references to be asserted. The Court will consider amending the Order; provided, however, that the parties must first have met and conferred in an attempt to reach an agreement. If there remains a dispute, counsel may include their respective positions in the August 1, 2014 joint report.

The Court directs counsel to file a consolidated motion when more than one party is presenting the same issue(s). Counsel shall meet and confer prior to the filing of a motion to determine if a consolidated motion can be filed and, if so, whether: (i) one consolidated motion can be filed because the issues are common to all moving parties; (ii) a consolidated motion as to common issues can be accompanied by one or more shorter, supplemental motions as to unique issues; or (iii) a motion by one party can be filed to which other parties join in whole or in part. The purpose of this requirement is to prevent the filing of overlapping and duplicative materials with the Court. It is also designed to preclude side-stepping of the page limits on

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV13-09552 JAK (MANx) <br> LA CV13-09554 JAK (MANx) <br> LA CV13-09555 JAK (MANx) <br> LA CV13-09556 JAK (MANx) | Date | May 12, 2014 |
|---|---|---|---|
| Title | Eopus Innovations, LLC v. Dreamworks Animation SKG, Inc. <br> Eopus Innovations, LLC v. Avongard Products USA, Ltd. <br> Eopus Innovations, LLC v. Method Studios, LLC, et al. <br> Eopus Innovations, LLC v. Sony Pictures Imageworks, Inc. | | |

briefs imposed by the Local Rules and this Court's Standing Orders.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference.

**IT IS SO ORDERED.**

|  | : | 10 |
|---|---|---|
| Initials of Preparer | ak | |