# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOPUS INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DREAMWORKS ANIMATION SKG, INC.,<br><br>    Defendant. | Lead No. 2:13-CV-09552-JAK(MANx)<br><br>**Consolidated With:**<br><br>2:13-cv-09554-JAK(MANx)<br>2:13-cv-09555-JAK(MANx)<br>2:13-cv-09556-JAK(MANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| EOPUS INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AVONGARD PRODUCTS U.S.A., LTD., DBA HYDRAULX VISUAL EFFECTS,<br><br>    Defendant. | No. 2:13-CV-09554-JAK(MANx) |

| | |
|---|---|
| EOPUS INNOVATIONS LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>METHOD STUDIOS LLC and DELUXE ENTERTAINMENT SERVICES GROUP, INC.,<br><br>   Defendant. | No. 2:13-CV-09555-JAK(MANx) |
| EOPUS INNOVATIONS LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>SONY PICTURES IMAGEWORKS INC.,<br><br>   Defendant. | No. 2:13-CV-09556-JAK(MANx) |

The Court has considered Defendants' Application to File Documents Under Seal. After due consideration, the application is well taken and the Court hereby **GRANTS** the application.

It is hereby **ORDERED** that following documents be filed under seal:

- Confidential and highlighted portions of Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion for Leave to Amend Counterclaims to Join Bluestone Ventures, Inc. as Party;
- Paragraphs 2, 4, 5, and 9, and Exhibits 1, 3, 4, and 8 of the Declaration of Matthew P. Lewis In Support Thereof;
- Paragraph 37 of Defendant-Counterplaintiff Sony Pictures Imageworks Inc.'s Answer and [Proposed] Amended Counterclaims to Eopus Innovation LLC's Complaint for Alleging Patent Infringement;
- Paragraph 38 of Defendant-Counterplaintiff Deluxe Entertainment Services Group Inc.'s Answer and [Proposed] Amended Counterclaims to Eopus Innovation LLC's Complaint for Alleging Patent Infringement;

- Paragraph 37 of Defendant-Counterplaintiff Dream Works Animation SKG, Inc.'s Answer and [Proposed] Amended Counterclaims to Eopus Innovation LLC's Complaint for Alleging Patent Infringement; and
- Paragraph 37 of Defendant-Counterplaintiff Avongard Products U.S.A., Ltd.'s Answer and [Proposed] Amended Counterclaims to Eopus Innovation LLC's Complaint for Alleging Patent Infringement.

**IT IS SO ORDERED**.

Date: _____

_____
Hon. John A. Kronstadt
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2014, I electronically filed the foregoing document, **PROPOSED ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following attorneys of record who have consented to accept this Notice as service of this document by electronic means:

Marc J. Schneider
Douglas Q. Hahn
Stephen L. Ram
STRADLING YOCCA CARLSON & RAUTH P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000
mschneider@sycr.com
dhahn@sycr.com
sram@sycr.com

Edward R. Nelson
Ryan Griffin
Anthony Vecchione
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX  76107
Telephone:  (817) 377-9111
enelson@nbclaw.net
rgriffin@nbclaw.net
avecchione@nbclaw.net

Timothy E. Grochocinski
INNOVALAW P.C.
1900 Ravinia Place
Orland Park, IL  60462
Telephone:  (708) 675-1975
teg@innovalaw.com

By  _/s/ Matthew P. Lewis_
Matthew P. Lewis

- 1 -