1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EOPUS INNOVATIONS LLC, | **Lead No. 2:13-CV-09552-JAK(MANx)** |
| Plaintiff, | |
| v. | |
| DREAMWORKS ANIMATION SKG, INC., | |
| Defendant. | |
| EOPUS INNOVATIONS LLC, | No. 2:13-CV-09554-JAK(MANx) |
| Plaintiff, | |
| v. | |
| AVONGARD PRODUCTS U.S.A., LTD., DBA HYDRAULX VISUAL EFFECTS, | |
| Defendant. | |

| | | |
|---|---|---|
| 1 | EOPUS INNOVATIONS LLC, | No. 2:13-CV-09555-JAK(MANx) |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | METHOD STUDIOS LLC and DELUXE ENTERTAINMENT SERVICES GROUP, INC., | |
| 5 | | |
| 6 | Defendant. | |
| 7 | | |
| 8 | EOPUS INNOVATIONS LLC, | No. 2:13-CV-09556-JAK(MANx) |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | SONY PICTURES IMAGEWORKS INC., | |
| 12 | Defendant. | |

## **ORDER GRANTING STIPULATION AND REQUEST**

Having considered the Stipulation and Request To File Amended Counterclaims of Plaintiff-Counterdefendant Eopus Innovations LLC, Proposed Counterdefendant Bluestone Ventures, Inc., and Defendant-Counterplaintiffs DreamWorks Animation SKG, Inc., Avonguard Products U.S.A., Ltd., d/b/a Hydraulx Visual Effects, Deluxe Entertainment Services Group, Inc., Sony Pictures Imageworks Inc. and good cause appearing therefor, the Court **GRANTS** the Stipulation and Request.

It is hereby **ORDERED** that:

- Defendants' June 30, 2014 Motion To Amend and Application for Leave To File Under Seal, ECF No. 54, shall be withdrawn;
- Defendants are granted leave to file their respective Proposed Answer and Amended Counterclaims, submitted as Exhibits A-D to the Stipulation and Request;

1 • The Responses to the Answers and Amended Counterclaims shall be
2    due on July 21, 2014.
3  **IT IS SO ORDERED**.

5 Date: July 9, 2014

            _____
            Hon. John A. Kronstadt
            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28