Marc J. Schneider (SBN 214609)
mschneider@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949.725.4000
Facsimile: 949.725.4100
[Additional Counsel for Eopus and Bluestone Ventures, Inc. Indicated in Signature Blocks Below]

Matthew P. Lewis (SBN 155516)
mlewis@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
[Additional Counsel for Defendants DreamWorks Animation SKG, Inc., Avongard Products U.S.A., Ltd., d/b/a Hydraulx Visual Effects, Deluxe Entertainment Services Group, Inc. d/b/a Method Studios LLC, and Sony Pictures Imageworks, Inc. Indicated in Signature Blocks Below]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOPUS INNOVATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DREAMWORKS ANIMATION SKG, INC., <br><br> Defendant. | Lead No. 2:13-CV-09552-JAK(MANx) <br><br> **Consolidated With:** <br><br> 2:13-cv-09554-JAK(MANx) <br> 2:13-cv-09555-JAK(MANx) <br> 2:13-cv-09556-JAK(MANx) <br><br> **JOINT STATUS REPORT REGARDING (1) GENERAL PROGRESS; (2) SETTLEMENT; AND (3) TRIAL READINESS** |
| EOPUS INNOVATIONS LLC, | No. 2:13-CV-09554-JAK(MANx) |

- 1 -

LOSANGELES 1068591 v1

JOINT STATUS REPORT REGARDING (1) GENERAL PROGRESS, (2) SETTLEMENT, AND (3) TRIAL READINESS
LEAD CASE NO. 13-CV-09552-JAK (MANx)

| | |
|---|---|
| Plaintiff,<br><br>v.<br><br>AVONGARD PRODUCTS U.S.A., LTD., d/b/a HYDRAULX VISUAL EFFECTS,<br><br>Defendant. | |
| EOPUS INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>METHOD STUDIOS LLC and DELUXE ENTERTAINMENT SERVICES GROUP, INC.,<br><br>Defendant. | No. 2:13-CV-09555-JAK(MANx) |
| EOPUS INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONY PICTURES IMAGEWORKS INC.,<br><br>Defendant. | No. 2:13-CV-09556-JAK(MANx) |

Pursuant to the Court's direction at the May 12, 2014 Scheduling Conference in the above-referenced matters, as reflected in the Minutes, *see* ECF No. 43, Plaintiff EOPUS Innovations, LLC ("EOPUS"); Counter-Defendant Bluestone Ventures, Inc. ("Bluestone"); and Defendants DreamWorks Animation SKG, Inc. ("DreamWorks"), Avongard Products U.S.A., Ltd., d/b/a Hydraulx Visual Effects ("Hydraulx"), Deluxe Media Creative Services Inc. d/b/a Method Studios LLC and

- 2 -

JOINT STATUS REPORT REGARDING (1) GENERAL PROGRESS, (2) SETTLEMENT, AND (3) TRIAL READINESS
LEAD CASE NO. 13-CV-09552-JAK (MANx)

LOSANGELES 1068591 v1

Deluxe Entertainment Services Group, Inc. ("Deluxe"), and Sony Pictures Imageworks, Inc. ("Imageworks") (collectively "Parties") hereby submit this Joint Status Report regarding (1) General Progress Based on Schedule; (2) Settlement; and (3) Trial Readiness.

## I. GENERAL PROGRESS BASED ON SCHEDULE

To date the parties have been adhering to the schedule previously set by the Court. The parties are currently engaged in written discovery and are in the process of attempting to resolve certain disputes that have arisen regarding discovery responses and document production. To the extent the parties are unable to amicably resolve such disputes, we will seek assistance from the Court in accordance with the applicable Local Rules and the Court's procedures.

## II. SETTLEMENT DISCUSSION STATUS

EOPUS has engaged in preliminary settlement discussions with one party. Aside from this, no settlement discussions have taken place. To the extent the Court believes it would be helpful EOPUS has no objection to referral of this matter to a Magistrate Judge for a settlement conference.

Due to the number of parties and complexity of the cases, Defendants agree with the Court's evaluation at the May 12, 2014 Scheduling Conference that the parties should be referred to private mediation. Defendants propose that the parties use the Hon. Harlan A. Martin (Ret.) with JAMS as mediator, to proceed on dates and locations mutually convenient for the parties for each case.

## III. TRIAL STRUCTURE AND READINESS

At this time, the parties are on track to proceed with trial as scheduled in July 2015.

EOPUS believes that all four matters should be consolidated for trial and contends that consolidation would promote judicial efficiency and economy and obviate the need for four separate trials. There are common issues of infringement amongst all four cases. For instance, all four Defendants are accused of infringing

LOSANGELES 1068591 v1

JOINT STATUS REPORT REGARDING (1) GENERAL PROGRESS,
(2) SETTLEMENT, AND (3) TRIAL READINESS
LEAD CASE NO. 13-CV-09552-JAK (MANx)

the patent-in-suit via their use of the Maya and Z Brush products. In addition, there will undoubtedly be common issues of validity. There will also likely be at least some common issues related to damages. As a result, a consolidated trial in these matters would be the most efficient and economic way to proceed.

Defendants agree that there are common issues of invalidity that may be tried together. As for infringement, however, according to Plaintiff's infringement contentions, no two Defendants are accused of infringement based on the same set of software products. While it may develop that some common infringement issues may be amenable to a joint trial, it is too early in the discovery process to confirm that such common issues exist. Moreover, each unrelated Defendant has separate damages concerns and confidential damages-related information that should not be shared among Defendants, thereby making a single trial on damages unfair as well as impractical.

DATED: August 1, 2014

/s/ *Marc J. Schneider*
Marc J. Schneider, SBN 214609,
mschneider@sycr.com
Douglas Q. Hahn, SBN 257559, dhahn@sycr.com
Stephen L. Ram, SBN 240769, sram@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949.725.4000
Facsimile: 949.725.4100

Timothy E. Grochocinski (Admitted *pro hac vice*),
teg@innovalaw.com
Joseph P. Oldaker (Admitted *pro hac vice*),
joldaker@innovalaw.com
INNOVALAW, P.C.
Telephone: 708.675.1975
Facsimile: 708.675.1794

- 4 -

JOINT STATUS REPORT REGARDING (1) GENERAL PROGRESS,
(2) SETTLEMENT, AND (3) TRIAL READINESS
LEAD CASE NO. 13-CV-09552-JAK (MANx)

LOSANGELES 1068591 v1

Edward R. Nelson (Admitted *pro hac vice*),
enelson@nbclaw.net
Ryan Griffin (Admitted *pro hac vice*),
rgriffin@nbclaw.net
Anthony Vecchione (Admitted *pro hac vice*),
avecchione@nbclaw.net
Nelson Bumgardner Casto, P.C.
Telephone: 817.377.9111
Facsimile: 817.377.3485
**COUNSEL FOR EOPUS AND BLUESTONE VENTURES, INC.**

*/s/ Matthew P. Lewis*
Matthew P. Lewis, SBN 155516
mlewis@whitecase.com
White & Case LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700

Jeannine Yoo Sano, SBN 174190
jsano@whitecase.com
Eric E. Lancaster, SBN 244449
elancaster@whitecase.com
Pan C. Lee, SBN 278979
pclee@whitecase.com
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: 650-213-0356

David M. Tennant, pro hac vice
dtennant@whitecase.com
James P. Gagen, pro hac vice
jgagen@whitecase.com
White & Case LLP
701 Thirteenth Street, NW
Washington D.C. 20005
Telephone: 202-626-6496
**ATTORNEYS FOR DEFENDANTS**

- 5 -

JOINT STATUS REPORT REGARDING (1) GENERAL PROGRESS, (2) SETTLEMENT, AND (3) TRIAL READINESS
LEAD CASE NO. 13-CV-09552-JAK (MANx)

LOSANGELES 1068591 v1

| | |
|---|---|
| 1 | Charles S. Barquist, SBN 133785 |
| | cbarquist@mofo.com |
| 2 | Dylan James Raife, SBN 288346 |
| | draife@mofo.com |
| 3 | Morrison & Foerster LLP |
| 4 | 707 Wilshire Boulevard |
| | Los Angeles, CA 90017-3543 |
| 5 | Telephone: 213-892-5200 |
| 6 | **ATTORNEYS FOR DREAMWORKS** |
| 7 | |
| | Marc E. Hankin, SBN 170505 |
| 8 | marc@HankinPatentLaw.com |
| | Hankin Patent Law APC |
| 9 | 12400 Wilshire Boulevard, Suite 1265 |
| 10 | Los Angeles, CA 90025 |
| | Telephone: 310-979-3600 |
| 11 | **ATTORNEYS FOR HYDRAULX** |
| 12 | |
| 13 | Mark A. Baghdassarian, pro hac vice |
| | mbaghdassarian@kramerlevin.com |
| 14 | Aaron M. Frankel, pro hac vice |
| 15 | afrankel@kramerlevin.com |
| | Kramer Levin Naftalis & Frankel LLP |
| 16 | 1177 Avenue of the Americas |
| 17 | New York, NY 10036 |
| | Telephone: 212-715-9100 |
| 18 | **ATTORNEYS FOR DELUXE** |
| 19 | |
| 20 | John Flock, pro hac vice |
| | jflock@kenyon.com |
| 21 | Matt Berkowitz, pro hac vice |
| 22 | mberkowitz@kenyon.com |
| | Michael Sander, pro hac vice |
| 23 | msander@kenyon.com |
| 24 | Kenyon & Kenyon LLP |
| | One Broadway |
| 25 | New York, NY 10004-1007 |
| 26 | Telephone: 212-425-7200 |
| 27 | Eve Wagner, SBN 126471 |
| | ewagner@swattys.com |
| 28 | Amir A. Torkamani, SBN 260009 |

- 6 -

JOINT STATUS REPORT REGARDING (1) GENERAL PROGRESS, (2) SETTLEMENT, AND (3) TRIAL READINESS
LEAD CASE NO. 13-CV-09552-JAK (MANx)

LOSANGELES 1068591 v1

atorkamani@swattys.com
Sauer & Wagner LLP
1801 Century Park East, Suite 1150
Los Angeles, CA 90067
Telephone: 310-712-8100
**ATTORNEYS FOR IMAGEWORKS**

- 7 -

JOINT STATUS REPORT REGARDING (1) GENERAL PROGRESS,
(2) SETTLEMENT, AND (3) TRIAL READINESS
LEAD CASE NO. 13-CV-09552-JAK (MANx)

LOSANGELES 1068591 v1