Marc J. Schneider, SBN 214609, mschneider@sycr.com
Douglas Q. Hahn, SBN 257559, dhahn@sycr.com
Stephen L. Ram, SBN 240769, sram@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949.725.4000
Facsimile: 949.725.4100

Edward R. Nelson *(Admitted pro hac vice)*, enelson@nbclaw.net
Ryan Griffin *(Admitted pro hac vice)*, rgriffin@nbclaw.net
Anthony Vecchione *(Admitted pro hac vice)*, avecchione@nbclaw.net
Nelson Bumgardner Casto, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: 817.377.9111
Facsimile: 817.377.3485

Timothy E. Grochocinski *(Admitted pro hac vice)*, teg@innovalaw.com
Joseph P. Oldaker *(Admitted pro hac vice)*, joldaker@innovalaw.com
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, IL 60462
Telephone: 708.675.1975
Facsimile: 708.675.1786

Attorneys for Plaintiff / Counter-Claim Defendant
EOPUS INNOVATIONS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOPUS INNOVATIONS LLC,<br><br>Plaintiff / Counter-Claim Defendant,<br><br>v.<br><br>AVONGARD PRODUCTS U.S.A., LTD. DBA HYDRAULX VISUAL EFFECTS,<br><br>Defendant / Counter-Claim Plaintiff. | Lead No. 2:13-CV-09552 JAK (MANx)<br>**Consolidated With:**<br>2:13-cv-09554-JAK(MANx)<br>2:13-cv-09555-JAK(MANx)<br>2:13-cv-09556-JAK(MANx)<br><br>**EOPUS INNOVATIONS LLC'S ANSWER TO AMENDED COUNTERCLAIMS OF AVONGARD PRODUCTS U.S.A., LTD**<br><br>**JURY TRIAL DEMANDED** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

ANSWER TO AMENDED COUNTERCLAIMS

LITIOC/2099671v1/103025-0005

Plaintiff and Counter-Defendant EOPUS Innovations LLC ("EOPUS") files this Answer to the Amended Counterclaims of Defendant and Counter-Claimant Avongard Products U.S.A., Ltd. dba Hydraulx Visual Effects ("Hydraulx"). All of Hydraulx's affirmative defenses are denied. Any allegations or affirmative defenses not expressly admitted herein are denied.

## THE PARTIES

1. EOPUS admits the allegations of paragraph 29 of the Amended Counterclaims.

2. EOPUS admits that it is a company organized as a Virginia limited liability corporation with a principal office at 1984 Isaac Newton Square W, Suite 203, Reston, Virginia, 20190. Except as expressly admitted herein, EOPUS denies the allegations of paragraph 30 of the Amended Counterclaims.

3. EOPUS admits that Bluestone Ventures, Inc. ("Bluestone Ventures") is a company organized as a Virginia Corporation with a mailing address in Reston, Virginia. Except as expressly admitted herein, EOPUS denies the allegations of paragraph 31 of the Amended Counterclaims.

4. EOPUS admits the allegations of paragraph 32 of the Amended Counterclaims.

5. EOPUS admits that Mr. Jongkook Park acts as the President of EOPUS, and as the Chief Executive Officer and Director of Bluestone Ventures. Except as expressly admitted herein, EOPUS denies the allegations of paragraph 33 of the Amended Counterclaims.

6. EOPUS denies the allegations of paragraph 34 of the Amended Counterclaims.

7. EOPUS admits the allegations of paragraph 35 of the Amended Counterclaims.

8. EOPUS denies the allegations of paragraph 36 of the Amended Counterclaims.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
ANSWER TO AMENDED COUNTERCLAIMS
LITIOC/2099671v1/103025-0005

9. EOPUS denies the allegations of paragraph 37 of the Amended Counterclaims.

10. EOPUS denies the allegations of paragraph 38 of the Amended Counterclaims.

## JURISDICTION AND VENUE

11. EOPUS admits the allegations of paragraph 39 of the Amended Counterclaims.

12. EOPUS admits that EOPUS has submitted to the jurisdiction of this Court by EOPUS' purposefully availing itself of the benefits and protections of the laws of this district by virtue of filings suit in this district to assert a patent which, on its face, is assigned to Xerox Corporation, but in which EOPUS claims to own all rights, title, and interest. EOPUS admits that Bluestone Ventures, having acquired EOPUS after EOPUS filed the Complaint, has also submitted to the jurisdiction of this Court. Except as expressly admitted herein, EOPUS denies the allegations of paragraph 40 of the Amended Counterclaims.

13. EOPUS admits the allegations of paragraph 41 of the Amended Counterclaims.

## FIRST COUNTERCLAIM FOR RELIEF – NON-INFRINGEMENT

14. EOPUS incorporates all prior paragraphs of its Answer to Amended Counterclaims as if fully set forth in this paragraph.

15. EOPUS denies the allegations of paragraph 43 of the Amended Counterclaims.

16. EOPUS admits that that an actual and justiciable controversy has arisen between EOPUS, Bluestone Ventures, and Hydraulx with respect to the '670 patent, and that Hydraulx seeks a judicial determination and a declaration of the respective rights of Hydraulx, EOPUS, and Bluestone Ventures regarding the '670 patent. Except as expressly admitted herein, EOPUS denies the allegations of paragraph 44 of the Amended Counterclaims.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
ANSWER TO AMENDED COUNTERCLAIMS
LITIOC/2099671v1/103025-0005

17. EOPUS denies the allegations of paragraph 45 of the Amended Counterclaims.

### SECOND COUNTERCLAIM FOR RELIEF - INVALIDITY

18. EOPUS incorporates all prior paragraphs of its Answer to Amended Counterclaims as if fully set forth in this paragraph.

19. EOPUS denies the allegations of paragraph 47 of the Amended Counterclaims.

20. EOPUS admits that that an actual and justiciable controversy has arisen between EOPUS, Bluestone Ventures, and Hydraulx with respect to the '670 patent, and that Hydraulx seeks a judicial determination and a declaration of the respective rights of Hydraulx, EOPUS, and Bluestone Ventures regarding the '670 patent. Except as expressly admitted herein, EOPUS denies the allegations of paragraph 48 of the Amended Counterclaims.

21. EOPUS denies the allegations of paragraph 49 of the Amended Counterclaims.

### AFFIRMATIVE DEFENSES

22. Hydraulx fails to state a claim upon which relief may be granted.

23. EOPUS has neither knowingly nor voluntarily waived any applicable affirmative defense, and reserves the right to assert and rely upon such other applicable affirmative defenses as may become available or apparent during discovery and investigation.

### PRAYER FOR RELIEF

**WHEREFORE**, EOPUS prays for the following relief:

    a. That Hydraulx take nothing by its Amended Counterclaims, and that the Amended Counterclaims be dismissed with prejudice;

    b. That EOPUS be granted the relief sought in its Complaint;

    c. An award of EOPUS' reasonable attorneys' fees pursuant to 35 U.S.C. 285, to the extent that this is found to be an exceptional case;

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
ANSWER TO AMENDED COUNTERCLAIMS
LITIOC/2099671v1/103025-0005

1          d.     An Award of EOPUS' costs of suit herein; and

2          e.     An Award of such further relief as the Court deems just and
3 proper.

## DEMAND FOR JURY TRIAL

5     EOPUS hereby demands a trial by jury.

8 DATED: July 21, 2014          STRADLING YOCCA CARLSON & RAUTH, P.C.

11                              By:    /s/ Douglas Q. Hahn

12                                   Douglas Q. Hahn
                                   Attorneys for Plaintiff/Counter-
13                                   Claim Defendant
14                                    EOPUS INNOVATIONS LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
ANSWER TO AMENDED COUNTERCLAIMS
LITIOC/2099671v1/103025-0005

## CERTIFICATE OF SERVICE

I certify that on July 21, 2014 the foregoing document:

EOPUS INNOVATIONS LLC'S ANSWER TO AMENDED COUNTERCLAIMS OF AVONGARD PRODUCTS U.S.A., LTD

was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Anthony Vecchione
   avecchione@nbclaw.net
Edward R Nelson , III
   enelson@nbclaw.net
Ryan P Griffin
   rgriffin@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street Suite 300
Fort Worth, TX 76107
817-377-9111
*Representing Eopus Innovations LLC*

Joseph P Oldaker
   joldaker@innovalaw.com
Timothy E Grochocinski
   teg@innovalaw.com
INNOVALAW, P.C.
1900 Ravinia Place
Orlando Park, IL 60462
708-675-1583
*Representing Eopus Innovations LLC*

Marc E Hankin
   marc@hankinpatentlaw.com
HANKIN PATENT LAW
12400 Wilshire Boulevard Suite 1265
Los Angeles, CA 90025
310-979-3600
*Representing Avongard Products USA Ltd*

Matthew P Lewis
   mlewis@whitecase.com
WHITE & CASE
633 West Fifth Street Suite 1900
Los Angeles, CA 90071-2007
213-620-7700
*Representing Avongard Products USA Ltd*

_____     July 21, 2014
Jennifer Crummett-Smith               Date

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
ANSWER TO AMENDED COUNTERCLAIMS
LITIOC/2099671v1/103025-0005

# CERTIFICATE OF SERVICE

I certify that on August 12, 2014 the foregoing document:

EOPUS INNOVATIONS LLC'S ANSWER TO AMENDED COUNTERCLAIMS OF AVONGARD PRODUCTS U.S.A., LTD.

was served on all parties or their counsel of record through the CM/ECF system.

Anthony Vecchione
  avecchione@nbclaw.net
Edward R Nelson , III
  enelson@nbclaw.net
Ryan P Griffin
  rgriffin@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street Suite 300
Fort Worth, TX 76107
817-377-9111

*Representing Eopus Innovations LLC*

Joseph P Oldaker
  joldaker@innovalaw.com
Timothy E Grochocinski
  teg@innovalaw.com
INNOVALAW, P.C.
15020 South Ravinia Avenue, Ste. 29
Orland Park, IL 60462
708-675-1583

*Representing Eopus Innovations LLC*

Carmen K. Lo
  clo@whitecase.com
Matthew P Lewis
  mlewis@whitecase.com
WHITE & CASE
633 West Fifth Street Suite 1900
Los Angeles, CA 90071-2007
213-620-7700

*Representing Dreamworks Animation SKG Inc.; Avongard Products USA Ltd.; Method Studios LLC and Deluxe Entertainment Services Group Inc.; and Sony Pictures Imageworks Inc.*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
CERTIFICATE OF SERVICE

LITIOC/2094648v1/103025-0005

| | |
|---|---|
| 1 | Jeannine Y. Sano |
| |   jsano@whitecase.com |
| 2 | Pan C. Lee |
| |   pclee@whitecase.com |
| 3 | Eric Lancaster |
| |   elancaster@whitecase.com |
| 4 | WHITE & CASE LLP |
| | 5 Palo Alto Square |
| 5 | 3000 El Camino Real, 9th Fl. |
| | Palo Alto, CA 94306 |
| 6 | 650-213-0356 |
| 7 | Dylan James Raife |
| |   draife@mofo.com |
| 8 | Charles S Barquist |
| |   cbarquist@mofo.com |
| 9 | MORRISON & FOERSTER |
| | 707 Wilshire Boulevard Suite 6000 |
| 10 | Los Angeles, CA 90017-3543 |
| | 213-892-5200 |
| 11 | |
| 12 | *Representing Dreamworks Animation SKG Inc* |
| 13 | Marc E Hankin |
| |   marc@hankinpatentlaw.com |
| 14 | HANKIN PATENT LAW |
| | 12400 Wilshire Boulevard Suite 1265 |
| 15 | Los Angeles, CA 90025 |
| | 310-979-3600 |
| 16 | |
| 17 | *Representing Avongard Products USA Ltd* |
| 18 | Aaron M Frankel |
| |   afrankel@kramerlevin.com |
| 19 | Mark A. Baghdassarian |
| |   mbaghdassarian@kramerlevin.com |
| 20 | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | 1177 Avenue of the Americas |
| 21 | New York, NY 10036 |
| | 212-715-67793 |
| 22 | *Representing Method Studios LLC and Deluxe Entertainment Services Group Inc.* |
| 23 | Eve H Wagner |
| |   ewagner@swattys.com |
| 24 | Amir A Torkamani |
| |   atorkamani@swattys.com |
| 25 | SAUER & WAGNER LLP |
| | 1801 Century Park East Suite 1150 |
| 26 | Los Angeles, CA 90067 |
| | 310-712-8100 |
| 27 | |
| 28 | *Representing Sony Pictures Imageworks Inc* |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
CERTIFICATE OF SERVICE

LITIOC/2094648v1/103025-0005

| | |
|---|---|
| 1 | Michael E Sander |
| | msander@kenyon.com |
| 2 | John Flock |
| | jflock@kenyon.com |
| 3 | Matthew G Berkowitz |
| | mberkowitz@kenyon.com |
| 4 | KENYON & KENYON |
| | One Broadway |
| 5 | New York, NY 10004 |
| | 212-425-7200 |

*Representing Sony Pictures Imageworks Inc*

_____          August 12, 2014
Jennifer Crummett-Smith

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
CERTIFICATE OF SERVICE
LITIOC/2094648v1/103025-0005