| | |
|---|---|
| 1 | Marc J. Schneider, SBN 214609 |
| | mschneider@sycr.com |
| 2 | Douglas Q. Hahn, SBN 257559 |
| | dhahn@sycr.com |
| 3 | Stephen L. Ram, SBN 240769 |
| | sram@sycr.com |
| 4 | STRADLING YOCCA CARLSON & RAUTH, P.C. |
| | 660 Newport Center Drive, Suite 1600 |
| 5 | Newport Beach, CA 92660-6422 |
| | Telephone: (949) 725-4000; Facsimile: (949) 725-4100 |
| 6 | |
| 7 | Edward R. Nelson *(Admitted pro hac vice)* |
| | enelson@nbclaw.net |
| 8 | Ryan Griffin *(Admitted pro hac vice)* |
| | rgriffin@nbclaw.net |
| 9 | Anthony Vecchione *(Admitted pro hac vice)* |
| | avecchione@nbclaw.net |
| 10 | Nelson Bumgardner Casto, P.C. |
| | 3131 West 7th Street, Suite 300 |
| 11 | Fort Worth, Texas 76107 |
| | Telephone: 817.377.9111; Facsimile: 817.377.3485 |
| 12 | Timothy E. Grochocinski *(Admitted pro hac vice)* |
| | teg@innovalaw.com |
| 13 | Joseph P. Oldaker *(Admitted pro hac vice* |
| | joldaker@innovalaw.com |
| 14 | INNOVALAW, P.C. |
| | 15020 South Ravinia Avenue, Suite 29 |
| 15 | Orland Park, IL 60462 |
| | Telephone: 708.675.1975; Facsimile: 708.675.1786 |
| 16 | |
| 17 | Attorneys for Plaintiff |
| | EOPUS INNOVATIONS LLC |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

**NOTICE OF MOTION AND MOTION TO COMPEL**

LITIOC/2101948v1/103025-0005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOPUS INNOVATIONS LLC<br><br>Plaintiff / Counter-Claim Defendant<br><br>vs.<br><br>DREAMWORKS ANIMATION SKG, INC.<br><br>Defendant / Counter-Claim Plaintiff | **LEAD CASE NO.**<br>LACV13-09552 JAK (MANx)<br><br>Consolidated With:<br>2:13-cv-09554-JAK(MANx)<br>2:13-cv-09555-JAK(MANx)<br>2:13-cv-09556-JAK(MANx)<br><br>Hon. John A. Kronstadt<br>Hon. Margaret A. Nagle<br><br>**PLAINTIFF EOPUS INNOVATION LLC'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO REMEDY DEFICIENCIES IN THEIR DISCOVERY RESPONSES AND PRODUCTION**<br><br>Date: Tuesday, September 23, 2014<br>Time: 10:00 a.m.<br>Courtroom 580, Roybal Federal Building<br><br>Fact discovery close: December 19, 2014<br>Pretrial Conference: June 22, 2015<br>Start Date of First Trial: July 7, 2015<br><br>**[DISCOVERY MATTER]** |
| EOPUS INNOVATIONS LLC<br><br>Plaintiff / Counter-Claim Defendant<br><br>vs.<br><br>AVONGARD PRODUCTS U.S.A., LTD., DBA HYDRAULX VISUAL EFFECTS<br><br>Defendant / Counter-Claim Plaintiff | CONSOLIDATED / MEMBER CASE NO.<br>LACV13-09554 JAK (MANx) |

| | |
|---|---|
| 1  EOPUS INNOVATIONS LLC | CONSOLIDATED / MEMBER CASE NO. LACV13-09555 JAK (MANx) |
| 2      Plaintiff / Counter-Claim Defendant | |
| 3  vs. | |
| 4  METHOD STUDIOS, LLC AND DELUXE ENTERTAINMENT SERVICES GROUP, INC. | |
| 6      Defendant / Counter-Claim Plaintiff | |
| 8  EOPUS INNOVATIONS LLC | CONSOLIDATED / MEMBER CASE NO. LACV13-09556 JAK (MANx) |
| 9      Plaintiff \ Counter-Claim Defendant | |
| 10  vs. | |
| 11  SONY PICTURES IMAGEWORKS, INC. | |
| 13      Defendant / Counter-Claim Plaintiff | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

**NOTICE OF MOTION AND MOTION TO COMPEL**

LITIOC/2101948v1/103025-0005

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on Tuesday September 23, 2014 at 10:00 a.m., in the courtroom of the Honorable Margaret A. Nagle of the U.S. District Court for the Central District of California, located in Dept. 580, 312 N. Spring St., Los Angeles, California, pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37, Plaintiff and Counter-Defendant EOPUS Innovations, LLC ("EOPUS") hereby moves for an order compelling Defendants and Counter-Plaintiffs DreamWorks Animation SKG, Inc. ("DreamWorks"); Avongard Products U.S.A., LTD. ("Hydraulx"); and Deluxe Entertainment Services Group Inc. ("Deulxe") (collectively, "Defendants")[1] to provide substantive responses to Interrogatory Nos. 2, 3, 4 and 5, and Request for Production No. 2, and to do so in a timely manner.[2]

This motion is based upon this notice, EOPUS' portion of the accompanying Local Rule 37-2 Joint Stipulation, the Declaration of Anthony Vecchione and the exhibits thereto, the Declaration of Matthew P. Lewis ("Lewis Decl.") and the exhibits thereto, the pleadings and papers on file herein, and such further oral and documentary evidence and argument as may be presented at any hearing on this motion. Further as the Lewis Decl. has been designated "Confidential" pursuant to the Parties' Protective Order, Plaintiff is also concurrently filing an Application to Seal the Lewis Decl.

In accordance with Local Rule 37-1, the parties met and conferred regarding

---

[1] To reduce the issues in dispute, Defendant Sony Pictures Imageworks Inc. ("Imageworks") agreed on August 28, 2014 to provide all of the information requested by Eopus regarding the discovery at issue. As such, EOPUS now seeks no relief with respect to Imageworks.

[2] EOPUS believes that October 7, 2014 – two weeks from the date of the hearing on this matter – is a reasonable deadline, but will defer to the Court to make such a determination after it has had the opportunity to hear the parties' arguments.

-1-

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

**NOTICE OF MOTION AND MOTION TO COMPEL**

LITIOC/2101948v1/103025-0005

1  these issues on August 5, 2014.  Vecchione Decl. ¶¶ 13-16.  Despite providing
2  Defendants with additional time to investigate and supplement their discovery
3  responses, no resolution was reached.  Vecchione Decl. ¶¶ 17-19.

5  DATED:  September 2, 2014      STRADLING YOCCA CARLSON & RAUTH, P.C.

8                                  */s/  Douglas Q. Hahn*
                                      Marc J. Schneider
9                                     Douglas Q. Hahn
                                      Stephen L. Ram

11                                 INNOVALAW, P.C.
                                      Timothy E. Grochocinski (Admitted pro hac vice)
12                                    Joseph P. Oldaker (Admitted pro hac vice),

                                   NELSON BUMGARDNER CASTO, P.C.
14                                    Edward R. Nelson (*Admitted pro hac vice*)
15                                    Ryan Griffin (*Admitted pro hac vice*)
                                      Anthony Vecchione (*Admitted pro hac vice*)

17                                 **COUNSEL FOR PLAINTIFF
                                   EOPUS INNOVATIONS LLC**

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
**NOTICE OF MOTION AND MOTION TO COMPEL**
LITIOC/2101948v1/103025-0005