1  Marc J. Schneider, SBN 214609, mschneider@sycr.com
   Douglas Q. Hahn, SBN 257559, dhahn@sycr.com
2  Stephen L. Ram, SBN 240769, sram@sycr.com
   STRADLING YOCCA CARLSON & RAUTH, P.C.
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
4  Telephone: (949) 725-4000
   Facsimile: (949) 725-4100
5

6  Edward R. Nelson *(Admitted pro hac vice)*, enelson@nbclaw.net
   Ryan Griffin *(Admitted pro hac vice)*, rgriffin@nbclaw.net
7  Anthony Vecchione *(Admitted pro hac vice)*, avecchione@nbclaw.net
   Nelson Bumgardner Casto, P.C.
8  3131 West 7th Street, Suite 300
   Fort Worth, Texas 76107
9  Telephone: 817.377.9111
   Facsimile: 817.377.3485

10 Timothy E. Grochocinski *(Admitted pro hac vice)*, teg@innovalaw.com
   Joseph P. Oldaker *(Admitted pro hac vice)*, joldaker@innovalaw.com
11 INNOVALAW, P.C.
   15020 South Ravinia Avenue, Suite 29
12 Orland Park, IL 60462
   Telephone: 708.675.1975
13 Facsimile: 708.675.1786

14
   Attorneys for Plaintiff
15 EOPUS INNOVATIONS LLC

16
                    **UNITED STATES DISTRICT COURT**
17
                    **CENTRAL DISTRICT OF CALIFORNIA**
18

19

| 20 | EOPUS INNOVATIONS LLC | **LEAD** CASE NO. LACV13-09552 JAK (MANx) |
|----|----|----|
| 21 | Plaintiff / Counter-Claim Defendant | |
| 22 | | CONSOLIDATED WITH: LACV13-09554 JAK (MANx) LACV13-09555 JAK (MANx) |
| 23 | vs. | LACV13-09556 JAK (MANx) |
| 24 | DREAMWORKS ANIMATION SKG, INC. | **PLAINTIFF APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5** |
| 25 | | |
| 26 | Defendant / Counter-Claim Plaintiff | |
| 27 | | |
| 28 | | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2102477v1/103025-0005

| | |
|---|---|
| EOPUS INNOVATIONS LLC<br><br>    Plaintiff /<br>    Counter-Claim<br>    Defendant<br><br>vs.<br><br>AVONGARD PRODUCTS U.S.A., LTD., DBA HYDRAULX VISUAL EFFECTS<br><br>    Defendant /<br>    Counter-Claim<br>    Plaintiff | Hon. Margaret A. Nagle<br>Date: Tuesday, September 23, 2014<br>Time: 10:00 a.m.<br>Courtroom 580, Roybal Federal Building<br>Fact discovery close: December 19, 2014<br>Pretrial Conference: June 22, 2015<br>I.   Start Date of First Trial: July 7, 2015<br><br>**[DISCOVERY MATTER]** |
| EOPUS INNOVATIONS LLC<br><br>    Plaintiff /<br>    Counter-Claim<br>    Defendant<br><br>vs.<br><br>METHOD STUDIOS, LLC AND DELUXE ENTERTAINMENT SERVICES GROUP, INC.<br><br>    Defendant /<br>    Counter-Claim<br>    Plaintiff | |
| EOPUS INNOVATIONS LLC<br><br>    Plaintiff \<br>    Counter-Claim<br>    Defendant<br><br>vs.<br><br>SONY PICTURES IMAGEWORKS, INC.<br><br>    Defendant /<br>    Counter-Claim<br>    Plaintiff | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2102477v1/103025-0005

## II. APPLICATION TO SEAL

III. Pursuant to Local Rule 79-5.1 and the Amended Protective Order entered on June 24, 2014 (the "Protective Order"), Plaintiff EOPUS Innovations, LLC ("EOPUS") and Defendants DreamWorks Animation SKG., Inc. ("DreamWorks"), Avongard Products U.S.A. Ltd., dba Hydraulx Visual Effects ("Hydraulx"), Deluxe Entertainment Services Group, Inc. ("Deluxe"), and Sony Pictures Imageworks Inc. ("Imageworks") (collectively the "Defendants"), request that EOPUS be permitted to file the following documents under seal:

1. DECLARATION OF ANTHONY M. VECCHIONE IN SUPPORT OF EOPUS INNOVATIONS LLC'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFF EOPUS INNOVATION LLC'S MOTION TO COMPEL DEFENDANTS TO REMEDY DEFICIENCIES IN THEIR DISCOVERY RESPONSES AND PRODUCTION AND EXHIBITS THERETO

Plaintiff seeks leave to file these documents under seal as they contain information that has been designated by Defendants as "Confidential Outside Counsel Only" pursuant to the Protective Order entered in these cases, thereby representing that the documents contain information that the Defendants consider highly sensitive and proprietary business practices and/or commercial information. *See* Amended Protective Order, Dkt. No. 53, § 1(A) and (B) (defining "Confidential" and "Confidential Outside Counsel Only" information). As such these documents contain information the Defendants maintain as secret, highly confidential and do not publicly disclose. The disclosure of such information may be harmful to the Defendants. Further, the Protective Order requires parties in possession of such confidential information to take reasonable step to protect its disclosure.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1
PLAINTIFF'S APPLICATION TO FILE UNDER SEAL

LITIOC/2102477v1/103025-0005

| | | |
|---|---|---|
| 1 | DATED: September 9, 2014 | STRADLING YOCCA CARLSON & RAUTH, P.C. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Marc J. Schneider |
| 5 | | Douglas Q. Hahn |
| 6 | | Stephen L. Ram |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

2
PLAINTIFF'S APPLICATION TO FILE UNDER SEAL

LITIOC/2102477v1/103025-0005