MATTHEW P. LEWIS (SBN 155516)
mlewis@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendant-Counterplaintiffs
DreamWorks Animation SKG, Inc.,
Avongard Products U.S.A., Ltd.,
dba Hydraulx Visual Effects,
Deluxe Entertainment Services Group Inc.,
Sony Pictures Imageworks Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOPUS INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>DREAMWORKS ANIMATION SKG, INC.,<br><br>Defendant. | Lead No. 2:13-CV-09552-JAK(MANx)<br><br>2:13-cv-09554-JAK(MANx)<br>2:13-cv-09555-JAK(MANx)<br>2:13-cv-09556-JAK(MANx)<br><br>**ADDENDUM TO EOPUS'S SEPTEMBER 9, 2014 APPLICATION TO FILE UNDER SEAL** |
| EOPUS INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AVONGARD PRODUCTS U.S.A., LTD., dba HYDRAULX VISUAL EFFECTS,<br><br>Defendant. | No. 2:13-CV-09554-JAK(MANx) |

| | | |
|---|---|---|
| EOPUS INNOVATIONS LLC, | | No. 2:13-CV-09555-JAK(MANx) |
| | Plaintiff, | |
| | v. | |
| METHOD STUDIOS, LLC and DELUXE ENTERTAINMENT SERVICES GROUP, INC.,[1] | | |
| | Defendants. | |
| EOPUS INNOVATIONS LLC, | | No. 2:13-CV-09556-JAK(MANx) |
| | Plaintiff, | |
| | v. | |
| SONY PICTURES IMAGEWORKS, INC., | | |
| | Defendant. | |

Pursuant to Local Rule 79-5.1 and the Court's Pilot Program for Under Seal Documents, Defendant-Counterplaintiffs DreamWorks Animation SKG, Inc. ("DreamWorks"), Avongard Products U.S.A., Ltd. dba Hydraulx Visual Effects ("Hydraulx"), and Deluxe Entertainment Services Group, Inc. ("Deluxe"), (collectively "Defendants") hereby submit this Addendum to the Application for Order To File Under Seal filed by Plaintiff-Counterdefendant Eopus Innovations LLC ("Eopus") on September 9, 2014. *See* ECF No. 106. The confidential interrogatory responses of each Defendant that Eopus submitted as Exhibits A, B, and C to the September 9, 2014 Declaration of Anthony Vecchione were already filed with the Court on September 2, 2014 as Exhibits 2, 4, and 5 to the August 28, 2014 Declaration of Matthew P. Lewis in Support of Defendants' Response to

---

[1] For clarification, no such entity called "Method Studios, LLC" exists. *See* ECF No. 71 ¶ 2.

1  Plaintiff's Motion To Compel.  *See* ECF No. 94-1 at 11-13 (describing Defendants'
2  respective August 27, 2014 Confidential Supplemental Responses).
3       Accordingly, for the reasons already provided by Defendants in their
4  previous Addendum to Eopus's Application To Seal, *see* ECF No. 96, incorporated
5  by reference, Defendants respectfully request that the Court seal in their entirety
6  Exhibits A, B, and C to the September 9, 2014 Declaration of Anthony Vecchione,
7  which are also Exhibit Nos. 2, 4, and 5 to the August 28, 2014 Declaration of
8  Matthew P. Lewis in Support of Defendants' Opposition to Plaintiff's Motion To
9  Compel.

Dated:  September 10, 2014

By: */s/ Matthew P. Lewis*

Jeannine Sano, SBN 174190
jsano@whitecase.com
Eric E. Lancaster, SBN 244449
elancaster@whitecase.com
Pan C. Lee, SBN 278979
pclee@whitecase.com
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  650-213-0356

David M. Tennant, *pro hac vice*
dtennant@whitecase.com
James P. Gagen, *pro hac vice*
jgagen@whitecase.com
White & Case LLP
701 Thirteenth Street, NW
Washington D.C.  20005
Telephone:  202-626-6496

Matthew P.  Lewis, SBN 155516
mlewis@whitecase.com
White & Case LLP
633 W. Fifth Street, Suite 1900

Los Angeles, CA 90071-2007
Telephone: 213-620-7700

Attorneys for DreamWorks Animation SKG, Inc., Avongard Products U.S.A., Ltd., dba Hydraulx Visual Effects, Deluxe Entertainment Services Group Inc., Sony Pictures Imageworks Inc.

Charles S. Barquist, SBN 133785
cbarquist@mofo.com
Dylan James Raife, SBN 288346
draife@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: 213-892-5200

Attorneys for DreamWorks Animation SKG, Inc.

Marc E. Hankin, SBN 170505
marc@HankinPatentLaw.com
Hankin Patent Law APC
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90025
Telephone: 310-979-3600

Attorneys for Avongard Products U.S.A., Ltd., dba Hydraulx Visual Effects

Mark A. Baghdassarian, *pro hac vice*
mbaghdassarian@kramerlevin.com
Aaron M. Frankel, *pro hac vice*
afrankel@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212-715-9100

Attorneys for Deluxe Entertainment Services Group Inc.

Lead Case No. 2:13-cv-09552 JAK (MANx)
Addendum to Application To File Under Seal

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2014, I electronically filed the foregoing document, ADDENDUM TO EOPUS'S SEPTEMBER 9, 2014 APPLICATION TO FILE UNDER SEAL with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following attorneys of record who have consented to accept this Notice as service of this document by electronic means:

Marc J. Schneider
Douglas Q. Hahn
Stephen L. Ram
STRADLING YOCCA CARLSON & RAUTH P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
mschneider@sycr.com
dhahn@sycr.com
sram@sycr.com

Edward R. Nelson
Ryan Griffin
Anthony Vecchione
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Telephone: (817) 377-9111
enelson@nbclaw.net
rgriffin@nbclaw.net
avecchione@nbclaw.net

Timothy E. Grochocinski
Joseph P. Oldaker
INNOVALAW P.C.
15020 South Ravinia Place, Suite 29
Orlando Park, IL 60462
Telephone: (708) 675-1975
teg@innovalaw.com

By */s/ Matthew P. Lewis*
Matthew P. Lewis

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lead Case No. 2:13-cv-09552 JAK (MANx)
Addendum to Application To File Under Seal