JAMES P. GAGEN (*Pro Hac Vice*)
jgagen@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street NW
Washington, DC  20005-3807
Telephone:  (202) 626-6496

Attorneys for Defendant-Counterplaintiffs
DreamWorks Animation SKG, Inc.,
Avongard Products U.S.A., Ltd.,
dba Hydraulx Visual Effects,
Deluxe Entertainment Services Group Inc.,
Sony Pictures Imageworks Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOPUS INNOVATIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DREAMWORKS ANIMATION SKG, INC.,<br><br>　　　　　Defendant. | Lead No. 2:13-CV-09552-JAK(MANx)<br><br>Consolidated With:<br>2:13-cv-09554-JAK(MANx)<br>2:13-cv-09555-JAK(MANx)<br>2:13-cv-09556-JAK(MANx)<br><br>**SUPPLEMENTAL DECLARATION OF JAMES P. GAGEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**<br><br>**[DISCOVERY MATTER]** |
| EOPUS INNOVATIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AVONGARD PRODUCTS U.S.A., LTD., dba HYDRAULX VISUAL EFFECTS,<br><br>　　　　　Defendant. | Hon. Margaret A. Nagle<br>Date:  Tuesday, September 30, 2014<br>Time:  10:00 a.m.<br>Courtroom 580, Roybal Federal Building<br>Fact discovery close:  December 19, 2014<br>Pretrial Conference:  June 22, 2015<br>Start Date of First Trial:  July  7, 2015<br><br>No. 2:13-CV-09554-JAK(MANx) |

| | |
|---|---|
| EOPUS INNOVATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> METHOD STUDIOS, LLC and DELUXE ENTERTAINMENT SERVICES GROUP, INC.,[1] <br><br> Defendants. | No. 2:13-CV-09555-JAK(MANx) |
| EOPUS INNOVATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> SONY PICTURES IMAGEWORKS, INC., <br><br> Defendant. | No. 2:13-CV-09556-JAK(MANx) |

I, James P. Gagen, declare that:

1. I am an attorney with the law firm of White & Case, LLC, counsel for Defendant-Counterplaintiffs DreamWorks Animation SKG, Inc., Avongard Products U.S.A., Ltd. dba Hydraulx Visual Effects, and Deluxe Entertainment Services Group, Inc. ("Defendants") in this action. I am licensed to practice in the District of Columbia and admitted *pro hac vice* before this Court. I make this declaration based on my personal knowledge, the record in this action, and the matters of public record, and if called as a witness I could and would competently testify as to the matters set forth below.

2. Two days after the due date for responses under Fed. R. Civ. P.

---

[1] No entity called "Method Studios, LLC" exists. *See* ECF No. 71 ¶ 2.

1  33(b)(2), Plaintiff-Counterdefendant Eopus Innovations, LLC ("Eopus") and
2  Counterdefendant Bluestone Ventures, Inc. ("Bluestone") served responses to
3  Defendants' Second Set of Common Interrogatories.  Interrogatory No. 8 requested
4  an explanation as to how the allegedly infringing use by the Defendants of any of
5  the licensed third-party software products identified in Eopus's infringement
6  contentions has any connection to each Defendant's sales, revenues, income, or
7  profits.  *See* ECF No. 94-1 at n.9; ECF No. 109 at 3, 6.

8    3.    In response, Eopus states only that "Defendants' sales, revenues,
income, or profits are related to its claim for damages in this matter, at least in as
much as they may serve as elements to help a qualified expert develop an income
approach to damages.  The economic value of a patent arises from the profits that
can be made from its use.  Defendants' sales, revenues, income, or profits,
combined with information regarding amount/extent of use of the Accused
Computer Graphics Software Products on the Computer Software Graphics
Projects, can assist such an expert in calculating such damages."  A true and correct
copy of Eopus's objections and responses to Defendants' Second Set of Common
Interrogatories is attached as Exhibit 7.

   4.    On or about September 17, 2014, Eopus and Bluestone confirmed that
they do not oppose the submission of these responses to the Court for consideration
as part of Eopus's motion to compel, ECF No. 94.  A true and correct copy of the
parties' correspondence from September 17, 2014 is attached as Exhibit 8.

   I declare under penalty of perjury that the foregoing is true and correct.
   Executed on September 18, 2014 at Washington, D.C.

                              */s/ James P. Gagen*
                              James P. Gagen

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2014, I electronically filed the foregoing document, **SUPPLEMENTAL DECLARATION OF JAMES P. GAGEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following attorneys of record who have consented to accept this Notice as service of this document by electronic means:

Marc J. Schneider
Douglas Q. Hahn
Stephen L. Ram
STRADLING YOCCA CARLSON & RAUTH P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
mschneider@sycr.com
dhahn@sycr.com
sram@sycr.com

Edward R. Nelson
Ryan Griffin
Anthony Vecchione
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Telephone: (817) 377-9111
enelson@nbclaw.net
rgriffin@nbclaw.net
avecchione@nbclaw.net

Timothy E. Grochocinski
Joseph P. Oldaker
INNOVALAW P.C.
15020 South Ravinia Place, Suite 29
Orlando Park, IL 60462
Telephone: (708) 675-1975
teg@innovalaw.com

By  */s/ James P. Gagen*
James P. Gagen