ORIGINAL

LODGED LODGED

LODGED
CLERK, U.S. DISTRICT COURT

SEP 3 - 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

SEP 3 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

SEP 3 0 2014

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOPUS INNOVATIONS LLC<br><br>Plaintiff / Counter-Claim Defendant<br><br>vs.<br><br>DREAMWORKS ANIMATION SKG, INC.<br><br>Defendant / Counter-Claim Plaintiff | **LEAD** CASE NO. LACV13-09552 JAK (MANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| EOPUS INNOVATIONS LLC<br><br>Plaintiff / Counter-Claim Defendant<br><br>vs.<br><br>AVONGARD PRODUCTS U.S.A., LTD., DBA HYDRAULX VISUAL EFFECTS<br><br>Defendant / Counter-Claim Plaintiff | CONSOLIDATED / MEMBER CASE NO. LACV13-09554 JAK (MANx) |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

**[PROPOSED] ORDER GRANTING DOCS TO BE FILED UNDER SEAL**

LITIOC/2101941v1/103025-0005

| | |
|---|---|
| 1 | EOPUS INNOVATIONS LLC | CONSOLIDATED / MEMBER CASE NO. LACV13-09555 JAK (MANx) |

EOPUS INNOVATIONS LLC

Plaintiff / Counter-
Claim Defendant

vs.

METHOD STUDIOS, LLC AND DELUXE ENTERTAINMENT SERVICES GROUP, INC.

Defendant / Counter-
Claim Plaintiff

CONSOLIDATED / MEMBER CASE NO. LACV13-09555 JAK (MANx)

EOPUS INNOVATIONS LLC

Plaintiff \ Counter-
Claim Defendant

vs.

SONY PICTURES IMAGEWORKS, INC.

Defendant / Counter-
Claim Plaintiff

CONSOLIDATED / MEMBER CASE NO. LACV13-09556 JAK (MANx)

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

**[PROPOSED] ORDER GRANTING DOCS TO BE FILED UNDER SEAL**

LITIOC/2101941v1/103025-0005

1    The Court having considered Plaintiff's Application to File Documents

2  Under Seal, finds the application is well taken and hereby **GRANTS** the

3  application.

4    It is hereby **ORDERED** that the Declaration of Matthew P. Lewis in

5  Support of Defendants' Response to Plaintiff's Motion to Compel and the Exhibits

6  thereto be filed under seal.

7    **IT IS SO ORDERED.**

8

9  Date: ___9/30/14___          _Margaret A. Nagle_____

10                                     **Hon. Margaret A. Nagle**
                                       **United States District Magistrate Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

**[PROPOSED] ORDER GRANTING DOCS TO BE FILED UNDER SEAL**

LITIOC/2101941v1/103025-0005